# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Schaaf, Gregory R. | 2. Court or Organization  U.S. Bankruptcy Court, Eastern District of Kentucky | 3. Date of Report  05/30/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Court Judge (full time) | 5a. Report Type (check appropriate type)  [ ] Nomination  Date  [ ] Initial  [✓] Annual  [ ] Final  5b. [✓] Amended Report | 6. Reporting Period  01/01/2016  to  12/31/2016 |

**7. Chambers or Office Address**

United States Bankruptcy Court
PO Box 1111
Lexington, KY 40588-1111

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Director | God's Pantry Food Bank (Lexington, KY) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 05/30/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Atlanta International School, Atlanta, Ga; salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/24-10/29/2016 | San Francisco, CA | Annual Conference | Hotel |
| 2. | American Inst of CPAs | 11/08-11/10/2016 | Nashville, TN | Speaking Engagement at Forensics/Valuation Conf | Hotel, transport, food |
| 3. | American Bankruptcy Institute | 08/17-08/18/2016 | Cincinnati, Ohio | Speaking Engagement MRBS Summer Conference | Hotel, transport, food |
| 4. | Nat'l Association of Bankruptcy Trustees | 04/07-04/10/2016 | Atlanta, GA | Speaking Engagement Annual Conference | Hotel, transport, food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 05/30/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Republic Bank, Cash Account | A | Int./Div. | J | T | | | | | |
| 2. General American Life (whole life) | | None | K | T | | | | | |
| 3. (H)Retirement Account - No. 1 (risk based) | | | | | | | | | |
| 4. -ARTIX (investor cl) | | None | | | Buy | 02/22/16 | J | | |
| 5. | | | | | Sold | 09/29/16 | K | B | |
| 6. -DODGX (Stock) | A | Dividend | | | Sold (part) | 02/22/16 | J | | |
| 7. | | | | | Sold | 09/28/16 | K | C | |
| 8. -AEPFX (CL F2) | | None | | | Buy (add'l) | 02/22/16 | J | | |
| 9. | | | | | Sold | 09/28/16 | K | C | |
| 10. -HAINX (Instl Cl) | A | Dividend | | | Sold (part) | 02/22/16 | J | | |
| 11. | | | | | Sold | 09/28/16 | K | A | |
| 12. -SBPYX (Clearbridge Small Cap Growth Cl1) | | None | | | Sold | 09/28/16 | K | C | |
| 13. -PELPX (Local Bond CL P) | A | Dividend | | | Sold | 09/28/16 | J | A | |
| 14. -PFBPX (Bond Hedged Cl P) | A | Dividend | | | Sold (part) | 02/22/16 | J | | |
| 15. | | | | | Sold | 09/28/16 | K | | |
| 16. -TRBCX (Blue Chip Growth) | | None | | | Sold (part) | 02/22/16 | J | | |
| 17. | | | | | Sold | 09/28/16 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 05/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -PRSVX (Value) | | None | | | Sold (part) | 02/22/16 | J | | |
| 19. | | | | | Sold | 09/28/16 | J | B | |
| 20.   -HIEMX (Markets Opportunities CL 1) | | None | | | Sold (part) | 02/22/16 | J | | |
| 21. | | | | | Sold | 06/06/16 | L | A | |
| 22.   -STDFX (Cap Growth Admin CL) | | None | | | Sold (part) | 02/22/16 | J | | |
| 23. | | | | | Sold | 09/28/16 | K | B | |
| 24.   -ESIDX (Int'l Bond Admin Cl) | | None | | | Sold (part) | 02/22/16 | J | | |
| 25. | | | | | Sold | 09/28/16 | J | A | |
| 26.   -BCOIX | A | Dividend | | | Buy (add'l) | 02/22/16 | K | | |
| 27. | | | | | Sold | 09/28/16 | K | B | |
| 28.   -HWHIX | A | Dividend | | | Sold (part) | 02/22/16 | J | | |
| 29. | | | | | Sold | 09/28/16 | J | | |
| 30.   -Federated Treasury Obligations Fund | A | Int./Div. | K | T | Sold (part) | 02/23/16 | J | | |
| 31. | | | | | Buy (add'l) | 02/24/16 | J | | |
| 32. | | | | | Buy | 09/30/16 | K | | |
| 33. | | | | | Sold (part) | 10/13/16 | J | | |
| 34. | | | | | Buy (add'l) | 10/17/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 05/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/19/16 | K | | |
| 36. | | | | | Buy (add'l) | 11/17/16 | K | | |
| 37. | | | | | Sold (part) | 11/18/16 | K | | |
| 38. | | | | | Buy (add'l) | 11/30/16 | K | | |
| 39. -BAUUX | | | | | Sold | 09/28/16 | J | | |
| 40. --FDN | | None | K | T | Buy | 10/14/16 | K | | |
| 41. --FXN | A | Dividend | K | T | Buy | 10/14/16 | K | | |
| 42. --FXU | A | Dividend | K | T | Buy | 10/14/16 | K | | |
| 43. --QTEC | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 44. --FXD | A | Dividend | | | Buy | 10/14/16 | K | | |
| 45. | | | | | Sold | 11/10/16 | K | A | |
| 46. --FXG | A | Dividend | | | Buy | 10/14/16 | K | | |
| 47. | | Dividend | | | Sold | 11/23/16 | K | | |
| 48. --First Trust Target High Qual Div 16 MO FE RE | A | Dividend | L | T | Buy | 10/11/16 | L | | |
| 49. | | | | | Buy (add'l) | 01/14/16 | L | | |
| 50. | | | | | Sold (part) | 10/14/16 | L | | |
| 51. --First Truste Target GLB DIV LDRS 4QTR 16 MO FE RE | A | Dividend | K | T | Buy | 10/11/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 05/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/14/16 | K | | |
| 53. | | | | | Sold (part) | 10/14/16 | L | | |
| 54. --HYLS | A | Dividend | L | T | Buy | 10/14/16 | L | | |
| 55. --HYS | A | Dividend | L | T | Buy | 10/14/16 | L | | |
| 56. --HLEMX | | None | | | Buy | 06/07/16 | L | | |
| 57. | | | | | Sold | 09/28/16 | L | C | |
| 58. --TEL | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 59. --GOOG | | None | J | T | Buy | 10/14/16 | J | | |
| 60. --AAPL | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 61. --BRK/B | | None | J | T | Buy | 10/14/16 | J | | |
| 62. --CVS | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 63. --CSCO | | None | J | T | Buy | 10/14/16 | J | | |
| 64. --DIS | | None | J | T | Buy | 10/14/16 | J | | |
| 65. --EXPD | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 66. --XOM | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 67. --FAST | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 68. --GE | | None | J | T | Buy | 10/14/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 05/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --HOG | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 70. --HD | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 71. --IBM | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 72. --JPM | | None | J | T | Buy | 10/14/16 | J | | |
| 73. --JNJ | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 74. --MAT | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 75. --MSFT | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 76. --NTRS | | None | J | T | Buy | 10/14/16 | J | | |
| 77. --OMC | | None | J | T | Buy | 10/14/16 | J | | |
| 78. --PFE | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 79. --PGR | | None | J | T | Buy | 10/14/16 | J | | |
| 80. --SPLS | | None | J | T | Buy | 10/14/16 | J | | |
| 81. --TJX | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 82. --USB | | None | J | T | Buy | 10/14/16 | J | | |
| 83. --UNP | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 84. --WFC | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 85. [(H)End Retirement Account - No. 1] | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 05/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  (H)Investement Account - No. 1 | | | | | | | | | |
| 87.  -CSCO | A | Dividend | J | T | | | | | |
| 88.  -FXD | A | Dividend | | | Sold | 11/14/16 | J | | |
| 89.  -FXG | A | Dividend | | | Sold | 11/25/16 | J | | |
| 90.  -FDN | A | Dividend | J | T | | | | | |
| 91.  -FXH | | None | | | Sold | 03/17/16 | J | | |
| 92.  -FBT | | None | | | Sold | 02/03/16 | J | | |
| 93.  -FXN | A | Dividend | J | T | Buy | 03/17/16 | J | | |
| 94.  -FXU | A | Dividend | J | T | Buy | 02/03/16 | J | | |
| 95.  -QTEC | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 96.  -Hilliard Lyons Insured at Citizens Bank (temporary cash account) | A | Int./Div. | J | T | Open | 11/17/16 | J | | |
| 97.  -Hilliard Lyons Insured at Programs Bank (temporary cash account) | A | Int./Div. | | | Closed | 11/18/16 | J | | |
| 98.  [(H)End Investment Account - No. 1] | | | | | | | | | |
| 99.  (H)Retirement Account - No. 2 | | | | | | | | | |
| 100.  -TIAA Trad'l | A | Int./Div. | K | T | Buy (add'l) | 12/30/16 | J | | |
| 101.  -CREF Stock | B | Int./Div. | L | T | Buy (add'l) | 12/30/16 | J | | |
| 102.  -TIAA Real Estate | A | Int./Div. | J | T | Buy (add'l) | 12/30/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 05/30/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -CREF In'l Linked Bond | A | Int./Div. | J | T | Buy (add'l) | 12/30/16 | K | | |
| 104. [(H)End Retirement Account - No. 2] | | | | | | | | | |
| 105. (H)Investment Account - No. 2 | | | | | | | | | |
| 106. -VFIAX | B | Dividend | L | T | | | | | |
| 107. -VEXAX | A | Dividend | K | T | | | | | |
| 108. -VMMXX | A | Dividend | K | T | | | | | |
| 109. -VBTLX | A | Dividend | K | T | | | | | |
| 110. -VTIAX (X) | B | Interest | L | T | | | | | |
| 111. [(H)End Investment Account - No. 2] | | | | | | | | | |
| 112. Community Trust Bank | A | Interest | J | T | | | | | |
| 113. (H)Invetsment Account - No. 3 | | | | | | | | | |
| 114. -Oppenhiemer Steelpath MLP Income Fund A | A | Dividend | K | T | | | | | |
| 115. [(H)End Investment Account - No. 3] | | | | | | | | | |
| 116. PNC Bank | A | Interest | J | T | | | | | |
| 117. (H)Retirement Account - No. 3 | | | | | | | | | |
| 118. --ABMD | | None | | | Sold | 04/21/16 | J | A | |
| 119. --CGNX | A | Dividend | | | Sold | 04/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 05/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --FXD | A | Dividend | | | Sold | 11/14/16 | K | A | |
| 121. --FXG | A | Dividend | | | Sold | 11/23/16 | K | A | |
| 122. --FDN | | None | K | T | | | | | |
| 123. --FXH | | None | | | Sold | 03/17/16 | K | | |
| 124. --FBT [ARC Biotech] | | None | | | Sold | 02/03/16 | K | | |
| 125. --FBT (Target Hi Quality) [Div 11 Mo FE RE] | B | Dividend | | | Sold | 10/13/16 | L | | |
| 126. --FBT (Target Global Dvd Ldrs)[3Q15 Mo FE RE] | B | Dividend | | | Buy (add'l) | 07/25/16 | J | | |
| 127. | | Dividend | | | Sold | 10/13/16 | L | | |
| 128. --GILD | A | Dividend | | | Sold | 04/20/16 | J | | |
| 129. --GGG | A | Dividend | | | Sold | 04/20/16 | J | B | |
| 130. --IM | | None | | | Sold | 04/20/16 | J | B | |
| 131. --KBH | A | Dividend | | | Sold | 04/20/16 | J | A | |
| 132. --KFY | A | Dividend | | | Sold | 04/20/16 | J | | |
| 133. --SAIA | | None | | | Sold | 04/20/16 | J | | |
| 134. --SWKS | A | Dividend | | | Sold | 04/20/16 | J | | |
| 135. --SMRT | A | Dividend | | | Sold | 04/20/16 | J | | |
| 136. --TRN | A | Dividend | | | Sold | 04/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 05/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  --FOXA | A | Dividend | | | Sold | 02/03/16 | J | A | |
| 138.  --UTHR | | None | | | Sold | 04/20/16 | J | | |
| 139.  --VLO | A | Dividend | | | Sold | 04/20/16 | J | | |
| 140.  --FXN | A | Dividend | K | T | Buy | 03/17/16 | K | | |
| 141.  --FXU | A | Dividend | K | T | Buy | 02/03/16 | K | | |
| 142.  --QTEC | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 143.  --First Trust Target High Qual Div 16 Mo FE RE | A | Dividend | | | Buy | 10/10/16 | L | | |
| 144. | | | | | Sold | 10/11/16 | L | C | |
| 145.  --First Trust Target GLB Div LDRS 4Q16 Mo FE RE | A | Int./Div. | L | T | Buy | 10/10/16 | L | | |
| 146. | | | | | Sold | 10/11/16 | L | D | |
| 147. | | | | | Buy | 10/14/16 | L | | |
| 148.  -Federated Treasury Obligations Fund (1) (X-see note) | A | Int./Div. | K | T | Sold (part) | 04/26/16 | K | | |
| 149. | | | | | Buy (add'l) | 10/14/16 | M | | |
| 150. | | | | | Sold (part) | 10/17/16 | M | | |
| 151. | | | | | Buy (add'l) | 11/30/16 | K | | |
| 152.  --TEL | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 153.  --GOOG | | None | J | T | Buy | 04/21/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 05/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --AAPL | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 155. --BRK/B | | None | J | T | Buy | 04/21/16 | J | | |
| 156. --CVS | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 157. --CSCO | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 158. --DIS | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 159. --EXPD | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 160. --XOM | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 161. --FAST | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 162. --GE | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 163. --HOG | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 164. --HD | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 165. --IBM | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 166. --JMP | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 167. --JNJ | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 168. --MAT | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 169. --MSFT | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 170. --NTRS | A | Dividend | J | T | Buy | 04/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 05/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --OMC | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 172. --PFE | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 173. --PGR | | None | J | T | Buy | 04/21/16 | J | | |
| 174. --SPLS | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 175. --TJX | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 176. --USB | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 177. --UNP | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 178. --WFC | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 179. [(H)End Retirement Account - No. 3] | | | | | | | | | |
| 180. General American Life (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 148: Information regarding the Federated Treasury Obligations Fund was inadvertantly omitted from my 2015 report. Please accept this note as an amendment to my 2015 report. The account was established September 22, 2015, to hold the funds that were not used to purchase the securities noted in September 2015 on my report when the account was established. The market value of the acquisition was "L", between $50,001 and $100,000. There were two reportable sales on October 19 and October 30, 2015, of "J", $15,000 or less. There was one reportable sale on November 30, 2015, of "J", $15,000 or less. The final balance on December 31, 2015, at market value was "K", $15,001 - $50,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory R. Schaaf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544